```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ESRA HANDE CUHRUK,

                        Plaintiff,                              09 Civ.7187 (PKC)

        -against-
                                                                ADDENDUM TO ORDER
DEUTSCHE BANKSECURITES,

                        Defendant.
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-09

P. KEVIN CASTEL, District Judge:

      This Addendum Order is an integral part of an Order entered today governing the confidentiality of documents and other things. Notwithstanding any other provision in the Order or agreement of the parties, no document may be filed under seal with the Clerk of Court without a further Order of this Court entered upon an application addressed to the specific document or documents sought to be sealed; such application shall be made accompanied by affidavit(s) or declaration(s) and a memorandum of law, demonstrating that the standards for sealing have been met. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-120 (2d Cir. 2006).

      Without further application to the Court, a party may make the redactions authorized by Rule 5.2(a), Fed. R. Civ., subject to the limitations and procedures set forth in other subdivisions of the Rule.

      SO ORDERED.

                                        P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
      October 26, 2009